32 So.2d 170

**Tom GRIFFIN v. ASHLAND MINERAL LAND CO. et al.**

7 Div. 910.

Supreme Court of Alabama.
June 19, 1947.

Appeal from Circuit Court, Clay County; W. W. Wallace, Judge.

M. P. Kelley, of Lineville, for appellant.

C. W. McKay, of Ashland, for appellees.

PER CURIAM.

Appeal dismissed.

GARDNER, C. J., and FOSTER, LAWSON, and STAKELY, JJ., concur.